IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ZAESLIV H. OBAMA, aka<br>SHANTA Y. CLAIBORNE,<br><br>  Plaintiff,<br><br>v.<br><br>BARACK H. OBAMA,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-588-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **DENIED**. Accordingly, Plaintiff is **ORDERED** to pay to the clerk of Court the filing and administrative fees of $402.00 within seven days of the filing of this order. Should Plaintiff fail to timely pay the $402.00 to the clerk of Court, the Complaint will be **DISMISSED** without further notice under Federal Rule of Civil Procedure 41(b), and final judgment shall issue.

SO ORDERED on this **16th** day of **August, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE